[No. 21922–7–I.   Division One.   May 14, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD NELSON CANADY, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 87-1-04082-4, Sharon S. Armstrong, J., entered March 11, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Grosse, JJ.